IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01491-PSF-PAC

RONALD JENNINGS FOGLE,

    Applicant,

v.

WARDEN AL ESTEP; and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER RE PETITIONER'S RESPONSE

Petitioner's Response to Judge Figa's Order Dated September 30, 2005 (Dkt. # 19) appears to be in the form of a motion for clarification or for enlargement of time as to serving a copy of the summons and complaint upon the defendants. These motions are DENIED as moot in light of my Order to Answer, dated September 15, 2005 (Dkt. # 9).

    DATED: October 20, 2005

                              BY THE COURT:

                              s/ Phillip S. Figa

                              _____
                              Phillip S. Figa
                              United States District Judge