IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01491-PSF-PAC

RONALD JENNINGS FOGLE,

    Applicant,

v.

WARDEN AL ESTEP, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE RECORD

The court has reviewed the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 filed by Applicant Ronald Jennings Fogle and has issued an Order to Show Cause to the named Respondents.

IT IS HEREBY **ORDERED** that the Clerk of the Jefferson County District Court, State of Colorado, shall file with the Clerk of the United States District Court, 901 19th St., Denver, CO 80294, **on or before April 28, 2006,** a copy of the pleadings and hearing transcripts in:

> The People of the State of Colorado v. Ronald Fogle
> Criminal Action Nos. 99CR626 and 99CR1286

It is **FURTHER ORDERED** that the Clerk of the United States District Court for the District of Colorado shall serve a copy of this Order for State Record on:

> Jefferson County District Court – Civil Clerk
> Jefferson County Court & Administrative Facility
> 100 Jefferson County Parkway
> Golden, Colorado 80401

Dated March 28, 2006.

             BY THE COURT:

             s/ Patricia A. Coan
             PATRICIA A. COAN
             United States Magistrate Judge