IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01491-PSF-PAC

RONALD JENNINGS FOGLE,

    Applicant,

v.

WARDEN AL ESTEP, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

---

## MINUTE ORDER
---

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Petitioner's Request for Record Without Cost or Alternative Loan of Record for Review without Cost, filed June 16, 2006, is **GRANTED** as follows:

    The Clerk of the court is hereby **ORDERED** to send Applicant copies of pages 148-153, and 155 of Vol. 1 of the state court record filed on April 28, 2006. The documents show all filings in Applicant's criminal cases pending in the Jefferson County District Courts between November 2, 2000 and May 11, 2001.

Dated:  June 19, 2006