IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01491-PSF-PAC

RONALD JENNINGS FOGLE,

    Petitioner,

v.

WARDEN AL ESTEP; and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER ON PETITION FOR REHEARING AND PENDING MOTION

This matter comes before the Court on the Petition for Rehearing (Dkt. # 67) filed by applicant on October 30, 2006, and his motion for a certificate of appealability (Dkt. # 59), filed September 25, 2006.

The applicant's petition states that on September 19, 2006 applicant filed a notice of appeal as to this Court's order of September 15, 2006 (Dkt. # 56), denying his application for a writ of habeas corpus.  The records of this Court show that such Notice of Appeal was docketed on September 22, 2006 (Dkt. # 57).  The records of the Court also indicate that on September 26, 2006 the full fee for the cost of docketing his appeal was paid by a Darlene Fogle (Dkt. # 64).  The payment of such fee rendered moot his pending Motion for Issuance of Certificate of Probable Cause for Appeal (Dkt. # 59).  Moreover, as this matter is now on appeal, applicant's Petition for Rehearing is DENIED as this Court no longer has jurisdiction to hear the motion.

Accordingly, applicant's Motion for Issuance of Certificate of Probable Cause for Appeal (Dkt. # 59) is DENIED as moot and applicant's Petition for Rehearing (Dkt. # 67) is DENIED due to this Court's lack of jurisdiction to decide it.

DATED: November 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge