FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 8 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-cv-01491-PSF-PAC

Ronald Jennings Fogle,
    Plaintiff(s),

vs.

Al Estep, Warden
    Defendant(s).

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this **17** day of **Jan.**, **2008**

BY THE COURT:

Edward W. Nottingham
United States District Judge

CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participants on January 18, 2007.

Jefferson County Court
Jefferson County Court & Administrative Facility
100 Jefferson County Parkway
Golden, Colorado 80401

Ronald Jennings Fogle
#106339
CCCF
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, Colorado 81062-8700

Joe O'Hara, Deputy Clerk